IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

                Plaintiff,

  v.

J. WALKER, et al.,

                Defendants.

No. 2:07-cv-2385 WBS-GGH

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY**

    Good cause appearing, the application of Defendants for a forty-five day extension of time to serve their responses to Plaintiff's first set of interrogatories and requests for production of documents is granted.

    Defendants Bernardino, Hague, Kelly, Leiber, Ruller, Smith, and Walker shall serve their responses to this discovery on or before January 22, 2009.

    IT IS SO ORDERED.

Dated: December 16, 2008

                                      Gregory G. Hollows
                                      _____
                                      U.S. MAGISTRATE JUDGE

will2385.eot