IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

                 Plaintiff,

     v.

J. WALKER, et al.,

                 Defendants.

No. 2:07-cv-2385 WBS-GGH

**ORDER GRANTING FOUR-WEEK EXTENSION FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY**

    Good cause appearing, the application of Defendants for a four-week extension to serve their responses to Plaintiff's first set of written discovery is granted.

    Defendants Bernardino, Hague, Haythorne, Kelly, Leiber, Rodriguez, Ruller, Smith, and Walker shall serve their responses to the outstanding discovery on or before February 19, 2009.

    IT IS SO ORDERED.

Dated: January 14, 2009

                                                  /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

will2385.dsc

will2385.dsc.wpd

Order Granting 4-Week Extension for Defendants to Respond to Plaintiff's First Set of Discovery

1