IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

                    Plaintiff,

     v.

J. WALKER, et al.,

                    Defendants.

No. 2:07-cv-2385 WBS-GGH

**ORDER GRANTING TEN-DAY EXTENSION FOR DEFENDANT SMITH TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Good cause appearing, the application of Defendants for a ten-day extension to serve Smith's responses to Plaintiff's first set of interrogatories is granted.

Defendant Smith shall serve her response to the interrogatories on or before March 2, 2009.

IT IS SO ORDERED.


Dated: February 24, 2009

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

will2385.eot

---