IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                  No. CIV S-07-2385 WBS GGH P

   vs.

J. WALKER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 27, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Malfi was returned unserved because defendant has retired and the CDC locator does not have any further information. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed November 6, 2007;

        2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for each defendant;

        b. Two copies of the endorsed complaint filed November 6, 2007; and

        c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: March 2, 2009

                                                      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
will2385.8e

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,      No. CIV S-07-2385 WBS GGH P

  vs.

J. WALKER, et al.,      NOTICE OF SUBMISSION

    Defendants.      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the  11/6/2007  Complaint

DATED:

_____
Plaintiff