IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                        No. CIV S-07-2385 WBS GGH P

    vs.

J. WALKER, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On April 14, 2010, plaintiff filed a motion (Doc. 58) to communicate with another plaintiff in a related case, CIV S-07-1419. Defendants have opposed the motion. Plaintiff indicated that he needs to communicate with this other inmate to oppose defendants' motion for summary judgment. As defendants point out, there currently is no motion for summary judgment pending. Plaintiff's motion will be denied without prejudice with leave to re-file should a motion for summary judgment be filed in the future.

        Accordingly, IT IS HEREBY ORDERED, that plaintiff's motion (Doc. 58) is denied without prejudice.

DATED: June 18, 2010                         /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:AB
will2385.ord