IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

        Plaintiff,                      No. CIV S-07-2385 WBS GGH P

    vs.

J. WALKER, et al.,

        Defendants.         <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: March 10, 2011

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
will2385.59a