IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS,

    Plaintiff,                       No. CIV S-07-2385 WBS GGH P

   vs.

J. WALKER, et al.,

    Defendants.               <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.[1]  Defendants expressly do not object to or oppose the request, thus, the parties have stipulated to dismissal.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: March 17, 2011

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
will2385.59ggh

---

[1] However, plaintiff's claims of judicial bias in this case are generalized, conclusory, unsupported, and incorrect.